# Notice Recipients

District/Off: 0976–1   User: admin   Date Created: 03/11/2023
Case: 23–00101–JMM   Form ID: 309A   Total: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Edith Mae Harris | 2113 E 12th St | Emmett, ID 83617 | |
| jdb | James Ronald Harris | 2113 E 12th St | Emmett, ID 83617 | |
| ust | US Trustee | 550 West Fort St, Ste 698 | Boise, ID 83724 | |
| tr | Patrick John Geile | PO Box 925 | Meridian, ID 83680 | |
| aty | Ronald Walter Brilliant | Brilliant Law Office | 87 North Plummer Road | Star, ID 83669 |
| 5285917 | ALLY | PO BOX 380902 | BLOOMINGTON, MN 55438–0902 | |
| 5285918 | BARCLAY / BARNES & NOBLE | UNKNOW | UNKNOW, AK | |
| 5285919 | CABELAS/CAPITAL ONE | P0 B0X 60519 | CITY OF INDUSTRY, CA 91716–0519 | |
| 5285920 | CAPITAL ONE | PO BOX 60519 | CITY OF INDUSTRY, CA 91716–0519 | |
| 5285921 | CAPITAL ONE/CABELA'S CLUB | PO BOX 60519 | CITY OF INDUSTRY, CA 91716–0519 | |
| 5285922 | CARECREDIT/SYNCHRONY BANK | P.O. BOX 960061 | ORLANDO, FL 32896–0061 | |
| 5285923 | CELINK | P.O. BOX 85400 | AUSTIN, TX 78708 | |
| 5285924 | CITI SIMPLICITY | CITI CARDS | PO BOX 78045 | PHOENIX, AZ 85062–8045 |
| 5285926 | KEY BANK | KEYBANK | PO BOX 89446 | CLEVELAND, OH 44101–6446 |
| 5285925 | KEY BANK | KEYBANK | PO BOX 94920 | |
| 5285927 | KOHL'S | PO BOX 60043 | CITY OF INDUSTRY, CA 91716–0043 | |
| 5285928 | MERRICK BANK | MERRICK BANK | PO BOX 660702 | DALLAS, TX 75266–0702 |
| 5285929 | MERRICK BANK | PO BOX 660702 | DALLAS, TX 75266–0702 | |
| 5285930 | MOBILOANS LLC | 151 MELACON DR. | MARKSVILLE, LA 71351 | |
| 5285931 | MOUNTAIN AMERICAN CREDIT UNION | PO BOX 2331 | SANDY, UT 84091 | |
| 5285932 | PAYPAL CREDIT | PO BOX 960006 | ORLANDO, FL 32896–0006 | |
| 5285933 | SHOP YOUR WAY | BOX 6282 | | |
| 5285934 | SYNCHRONY BANK/AMAZON | PAYMENT PO BOX 960013 | ORLANDO, FL 32896–0013 | |

TOTAL: 23