*Coroner income*

```
11/28/2022   14:17:52   FN512        PAOLA AYALA - CLERK              GEM COUNTY                                              PAGE 1

                        V E N D O R   P A Y M E N T   H I S T O R Y — S U M M A R Y

VENDOR NUMBER  1400  FROM  06/01/2022  TO  11/28/2022 - REPORT EXCLUDES REMITTANCE VENDORS
VENDOR TYPE: ALL
                                                                          1099  1099
Vendor Name                          Vendor No.      Amount  Work Comp    Y/N   Category      Tax ID         Soc Sec No.

HARRIS, EDITH MAE                    1400            1,846.00              Y    Non Emp                           544
                                     Grand Total     1,846.00

                        * * * * * * * * * * * * * * * * * E N D  O F  R E P O R T * * * * * * * * * * * * * * * * * *
```

01/17/2023

Note

Please this paystub is from June 1, 2022 to Nov. 28, 2022

64815

2/22/2023

## Edith Harris Retirement Benefit Change Notice

| | Previous Month<br>February 2023 | Current Month<br>March 2023 | Total<br>Year-to-Date | Taxable<br>Year-to-Date | Explanation of Change |
|---|---|---|---|---|---|
| **Gross Benefit:** | $1,034.96 | $1,045.31 | $3,115.23 | $3,115.23 | Cost-of-Living Allowance adjustment |
| Federal Tax Withheld: | $0.00 | $0.00 | $0.00 | | |
| Idaho Tax Withheld: | $0.00 | $0.00 | $0.00 | | |
| **Net Benefit:** | $1,034.96 | $1,045.31 | | | |

Page 2 of 2

RA (6/2015)

9:53 AM
03/21/23
Accrual Basis

# James Harris Ent.
# Profit & Loss
## February 2023

|  | Feb 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 923.88 |
| **Total Income** | 923.88 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 327.55 |
| **Total COGS** | 327.55 |
| **Gross Profit** | 596.33 |
| **Expense** | |
| Personal | 1.47 |
| Rent | 200.00 |
| Sales Commision | 87.90 |
| **Supplies** | |
| Manufacturing & Repairs | 2.17 |
| Office | 39.90 |
| **Total Supplies** | 42.07 |
| **Total Expense** | 331.44 |
| **Net Ordinary Income** | 264.89 |
| **Net Income** | **264.89** |

9:52 AM
03/21/23
Accrual Basis

# James Harris Ent.
## Profit & Loss
### January 2023

|  | Jan 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 1,727.12 |
| **Total Income** | 1,727.12 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 560.17 |
| **Total COGS** | 560.17 |
| **Gross Profit** | 1,166.95 |
| **Expense** | |
| Postage and Delivery | 1.95 |
| Rent | 200.00 |
| Sales Commision | 172.71 |
| **Supplies** | |
| Manufacturing & Repairs | 0.00 |
| **Total Supplies** | 0.00 |
| **Total Expense** | 374.66 |
| **Net Ordinary Income** | 792.29 |
| **Net Income** | 792.29 |

10:18 PM
03/20/23
Accrual Basis

# James Harris Ent.
# Profit & Loss
## January through December 2022

|  | Jan - Dec 22 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   H2U | 2.00 |
|   Sales | 13,170.42 |
| **Total Income** | 13,172.42 |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | 4,590.96 |
| **Total COGS** | 4,590.96 |
| **Gross Profit** | 8,581.46 |
| **Expense** | |
|   Charity | 225.00 |
|   Damaged/Stolen | 2.19 |
|   Insurance | 82.72 |
|   **Interest Expense** | |
|     Finance Charge | 634.97 |
|   **Total Interest Expense** | 634.97 |
|   Personal | 70.66 |
|   Rent | 1,800.00 |
|   **Repairs** | |
|     Computer Repairs | 20.13 |
|   **Total Repairs** | 20.13 |
|   Sales Commision | 634.43 |
|   **Supplies** | |
|     Manufacturing & Repairs | 35.41 |
|     Marketing | 37.09 |
|     Office | 119.70 |
|     Supplies - Other | 2.00 |
|   **Total Supplies** | 194.20 |
| **Total Expense** | 3,664.30 |
| **Net Ordinary Income** | 4,917.16 |
| **Net Income** | 4,917.16 |

| FUND: 00 GENERAL FUND CURRENT EXPENSE | | | 02/27/2023 |
|---|---|---|---|
| ACCOUNT NUMBER | DESCRIPTION | REFERENCE NO. | AMOUNT |
| 01-06-0402-0001 | CORONER-CHEIF DEPUTY CORONER/DEC | DECEMBER | 225.00 |
| 01-06-0402-0001 | CORONER-CHEIF DEPUTY CORONER/JAN | JANUARY | 225.00 |

## Form 1099-R — Copy B

**PAYER'S name, street address, city, state, ZIP code and phone no.**
UFCW UNIONS AND EMPLOYERS MIDWEST PENSIO
PO BOX 1613
TROY, MI 48099
800-621-5133

| Field | Value |
|---|---|
| PAYER'S TIN | 366088110 |
| RECIPIENT'S TIN | *****3715 |
| 1 Gross distribution | $2305.20 |
| 2a Taxable amount | $2305.20 |
| 2b Taxable amount not determined | |
| Total distribution | |
| 3 Capital gain (included in box 2a) | |
| 4 Federal income tax withheld | $0.00 |
| 5 Employee contributions / Designated Roth contributions or insurance premiums | |
| 6 Net unrealized appreciation in employer's securities | |
| 7 Distribution code(s) | 7 |
| IRA/SEP/SIMPLE | |
| 8 Other | |
| 9a Your percentage of total distribution | % |
| 9b Total employee contributions | |
| 14 State tax withheld | $0.00 / $0.00 |
| 15 State/Payer's state no. | |
| 16 State distribution | $0.00 / $0.00 |
| 17 Local tax withheld | $0.00 / $0.00 |
| 18 Name of locality | |
| 19 Local distribution | $0.00 / $0.00 |
| OMB No. | 1545-0119 |
| Year | 2022 |

**RECIPIENT'S name, street address**
HARRIS, RONALD R
2113 E 12TH ST
EMMETT, ID 83617

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

**Copy B** — Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the IRS.

Department of the Treasury - Internal Revenue Service
www.irs.gov/Form1099R

---

## Form 1099-R — Copy 2

**PAYER'S name, street address, city, state, ZIP code and phone no.**
UFCW UNIONS AND EMPLOYERS MIDWEST PENSIO
PO BOX 1613
TROY, MI 48099
800-621-5133

PAYER'S TIN: 366088110
RECIPIENT'S TIN: *****3715

1 Gross distribution: $2305.20
2a Taxable amount: $2305.20
4 Federal income tax withheld: $0.00
7 Distribution code(s): 7
14 State tax withheld: $0.00 / $0.00
16 State distribution: $0.00 / $0.00
17 Local tax withheld: $0.00 / $0.00
19 Local distribution: $0.00 / $0.00

**RECIPIENT'S name, street address**
HARRIS, RONALD R
2113 E 12TH ST
EMMETT, ID 83617

**Copy 2** — File this copy with your state, city, or local income tax return, when required.

---

## Form 1099-R — Copy C For Recipient's Records

**PAYER'S name, street address, city, state, ZIP code and phone no.**
UFCW UNIONS AND EMPLOYERS MIDWEST PENSIO
PO BOX 1613
TROY, MI 48099
800-621-5133

PAYER'S TIN: 366088110
RECIPIENT'S TIN: *****3715

1 Gross distribution: $2305.20
2a Taxable amount: $2305.20
4 Federal income tax withheld: $0.00
7 Distribution code(s): 7
14 State tax withheld: $0.00 / $0.00
16 State distribution: $0.00 / $0.00
17 Local tax withheld: $0.00 / $0.00
19 Local distribution: $0.00 / $0.00

**RECIPIENT'S name, street address**
HARRIS, RONALD R
2113 E 12TH ST
EMMETT, ID 83617

**Copy C For Recipient's Records** — This information is being furnished to the IRS. (keep for your records).

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2022**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

**Box 1. Name**
JEANIE E HARRIS

**Box 2. Beneficiary's Social Security Number**
███-██-3544

**Box 3. Benefits Paid in 2022**
$15,241.20

**Box 4. Benefits Repaid to SSA in 2022**
NONE

**Box 5. Net Benefits for 2022** *(Box 3 minus Box 4)*
$15,241.20

### DESCRIPTION OF AMOUNT IN BOX 3

| | |
|---|---|
| Paid by check or Direct deposit | $13,008.00 |
| Medicare Part B premiums deducted from your benefits | $2,041.20 |
| Medicare Prescription Drug premiums (Part D) deducted from your benefits | $192.00 |
| Total Additions | $15,241.20 |
| Benefits for 2022 | $15,241.20 |

### DESCRIPTION OF AMOUNT IN BOX 4

NONE

**Box 6. Voluntary Federal Income Tax Withheld**
NONE

**Box 7. Address**
JEANIE E HARRIS
2113 E 12TH ST
EMMETT ID 83617-9453

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*
███-██-3544A

Form **SSA-1099-SM** (1-2023)    DO NOT RETURN THIS FORM TO SSA OR IRS

# Your New Benefit Amount

BENEFICIARY'S NAME: JAMES R HARRIS

Your Social Security benefit will increase by **8.7%** in 2023 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---:|
| Your monthly benefit before deductions | $1,787.90 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 17, 2022 or if someone else pays your premium, we show $0.00) | -$164.90 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2023. If you did not elect withholding as of November 1, 2022, we show $0.00) | -$10.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 17, 2022, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2022 on or about January 18, 2023. | $1,613.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

# Your New Benefit Amount

BENEFICIARY'S NAME: JEANIE E HARRIS

Your Social Security benefit will increase by **8.7%** in 2023 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $1,380.90 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 17, 2022 or if someone else pays your premium, we show $0.00) | -$164.90 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2023. If you did not elect withholding as of November 1, 2022, we show $0.00) | -$10.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 17, 2022, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2022 on or about January 18, 2023. | $1,206.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

IF YOU HAVE QUESTIONS CONCERNI[NG] [PAY]MENT PLEASE CONTACT THE "PAYING AGENC[Y SH]OWN BELOW.

PAYING AGENCY: STATE TAX COMMISSION                           AT: (800)972-7660

REFERENCE NBR: 0011451370        WARRANT NUMBER: 132274764        WARRANT DATE: 10/21/22

## STATE OF IDAHO

| INVOICE NO./ACCOUNT NO. | DESCRIPTION | AMOUNT |
|---|---|---|
| 0011451370 | 2022 SPECIAL SESSION REBATE | 600.00 |

FELLOW IDAHOANS,

WITH INFLATION THE HIGHEST IN 40 YEARS, WE ARE GIVING BACK YOUR HARD-EARNED MONEY AND FUNDING SCHOOLS WHILE CUTTING TAXES.

WE ARE DELIVERING HISTORIC TAX RELIEF AND EDUCATION INVESTMENTS WITH OUR RECORD BUDGET SURPLUS.

ALL IDAHOANS WILL RECEIVE ONE-TIME REBATES AND ONGOING TAX RELIEF THROUGH A NEW LOWER FLAT INCOME TAX. THESE TAX CUTS BOOST PROSPERITY AND KEEP OUR BUSINESS CLIMATE VIBRANT.

THANK YOU FOR YOUR DEDICATION TO IDAHO!

GOV. BRAD LITTLE AND THE SIXTY-SIXTH LEGISLATURE

WARRANT TOTAL: $600.00

## Form 1099-R Copy B (2022)

**PAYER'S name, street address, city, state, and ZIP code**
PERSI
607 N. 8th Street
Boise, ID 83702
208-334-3365

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $12349.52 |
| 2a | Taxable amount | $12349.52 |
| 2b | Taxable amount not determined / Total distribution | ☐ ☐ |
| 3 | Capital gain (incl. in 2a) | |
| 4 | Federal tax withheld | $0.00 |
| 5 | Employee contributions or insurance premiums | $0.00 |
| 6 | Net unrealized appreciation in employer's securities | |
| 7 | Distribution code | 7 |
| IRA/SEP/SIMPLE | ☐ |
| 8 | Other | |
| 9a | Your percentage of total distribution | |
| 9b | Total employee contributions | $0.00 |
| 10 | Amt to IRR in 5 Years | |
| 11 | 1st YEAR desig Roth cont | |
| 12 | FATCA filing Req. | |
| 14 | State tax withheld | $0.00 |
| 15 | State/Payer's state no. | |
| 16 | State distribution | |
| 17 | Local tax withheld | |
| 18 | Name of locality | |
| 19 | Local distribution | |

**PAYER'S Federal identification No.:** 82-0262042
**RECIPIENT'S identification No.:** XXXXX3544

**RECIPIENT'S Name and Address:**
Harris, Edith M
2113 E 12th St
Emmett, ID 836179453

**Account number:** 64815A

OMB No. 1545-0119 — 2022

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

Report this income on your Federal tax return. If box 4 shows Federal tax withheld, attach this copy to your tax return.

Form 1099-R — This information is being furnished to the Internal Revenue Service.

## Form 1099-R Copy C (2022)

PERSI
607 N. 8th Street
Boise, ID 83702
208-334-3365

1 Gross distribution: $12349.52
2a Taxable amount: $12349.52
4 Federal tax withheld: $0.00
5 Employee contributions or insurance premiums: $0.00
7 Distribution code: 7
9b Total employee contributions: $0.00
14 State tax withheld: $0.00

PAYER'S Federal identification No.: 82-0262042
RECIPIENT'S identification No.: XXXXX3544

Harris, Edith M
2113 E 12th St
Emmett, ID 836179453

Account number: 64815A

For Recipient's Records

Form 1099-R — This information is being furnished to the Internal Revenue Service.

## Form 1099-R Copy 2 (2022)

PERSI
607 N. 8th Street
Boise, ID 83702
208-334-3365

1 Gross distribution: $12349.52
2a Taxable amount: $12349.52
4 Federal tax withheld: $0.00
5 Employee contributions or insurance premiums: $0.00
7 Distribution code: 7
9b Total employee contributions: $0.00
14 State tax withheld: $0.00

PAYER'S Federal identification No.: 82-0262042
RECIPIENT'S identification No.: XXXXX3544

Harris, Edith M
2113 E 12th St
Emmett, ID 836179453

Account number: 64815A

File this copy with your state, city, or local income tax return, when required

Form 1099-R — This information is being furnished to the Internal Revenue Service.

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2022**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

**Box 1. Name**
JAMES R HARRIS

**Box 2. Beneficiary's Social Security Number**
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

| Box 3. Benefits Paid in 2022 | Box 4. Benefits Repaid to SSA in 2022 | Box 5. Net Benefits for 2022 (Box 3 minus Box 4) |
|---|---|---|
| $19,729.20 | NONE | $19,729.20 |

**DESCRIPTION OF AMOUNT IN BOX 3**

| | |
|---|---|
| Paid by check or Direct deposit | $17,496.00 |
| Medicare Part B premiums deducted from your benefits | $2,041.20 |
| Medicare Prescription Drug premiums (Part D) deducted from your benefits | $192.00 |
| Total Additions | $19,729.20 |
| Benefits for 2022 | $19,729.20 |

**DESCRIPTION OF AMOUNT IN BOX 4**

NONE

**Box 6. Voluntary Federal Income Tax Withheld**
NONE

**Box 7. Address**
JAMES R HARRIS
2113 E 12TH ST
EMMETT ID 83617-9453

**Box 8. Claim Number** (*Use this number if you need to contact SSA.*)
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A

Form **SSA-1099-SM** (1-2023)       DO NOT RETURN THIS FORM TO SSA OR IRS

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. COUNTY OF GEM 415 E MAIN EMMETT, ID 836170000 (208) 365-4561 | | OMB No. 1545-0116 Form **1099-NEC** (Rev. January 2022) For calendar year 20 22 | **Nonemployee Compensation** |
|---|---|---|---|

☐ CORRECTED (if checked)

| PAYER'S TIN 82-6000299 | RECIPIENT'S TIN ███-3544 | 1 Nonemployee compensation $ 3,357.66 | Copy B For Recipient |
|---|---|---|---|
| RECIPIENT'S name, street address... JEANIE HARRIS 2113 E 12TH EMMETT, ID 83617 | | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 3 | |
| | | 4 Federal income tax withheld $ | |
| Account number (see instructions) | | 5 State tax withheld $ | 6 State/Payer's state no. 3766 | 7 State income $ |

Form **1099-NEC** (Rev. 1-2022)    (keep for your records)    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service